**RESNICK & LOUIS, P.C.**
MELISSA J. ROOSE, ESQ.
Nevada Bar No. 7889
8925 West Russell Road, Suite 220
Las Vegas, NV  89148
mroose@rlattorneys.com
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
*Attorneys for Defendants,*
*Speedway LLC dba Speedway #3020, TRMC Retail, LLC*
*and Tesoro Refining & Marketing Company, LLC*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| IESHIA ABRAHAMS, individually, | CASE NO. 2:22-cv-00868-JCM-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| SPEEDWAY LLC d/b/a SPEEDWAY #3020; TRMC RETAIL LLC; TESORO REFINING & MARKETING COMPANY LLC; DOES 1 through 100; and ROE CORPORATIONS 1 through 100, inclusive, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties respectfully request that the Court dismiss this action with prejudice, in its entirety, as to all claims and parties. There are no counter-claims, cross-claims or third-party claims pending in this civil action. The parties agree that should the Court approve this stipulation, each side shall bear its own attorneys' fees and costs.

/ / /

/ / /

/ / /

1

APPROVED AND STIPULATED AS TO FORM AND CONTENT BY:

| DATED this 10th day of March 2023. | DATED this ___ day of March 2023. |
|---|---|
| **NAQVI INJURY LAW** | **RESNICK & LOUIS, P.C.** |
| [signature] | /s/ Melissa J. Roose |
| FARHAN R. NAQVI, ESQ.<br>Nevada Bar No. 8589<br>SARAH M. BANDA, ESQ.<br>Nevada Bar No. 11909<br>9500 West Flamingo Road, Suite 104<br>Las Vegas, Nevada 89147<br>*Attorneys for Plaintiff,*<br>*Iesha Abrahams* | MELISSA J. ROOSE, ESQ.<br>Nevada Bar No. 7889<br>8925 West Russell Road, Suite 220<br>Las Vegas, NV  89148<br>*Attorneys for Defendants,*<br>*Speedway LLC dba Speedway #3020, TRMC*<br>*Retail, LLC and Tesoro Refining & Marketing*<br>*Company, LLC* |

## ORDER

Based on the parties' Stipulation and good cause appearing, IT IS HEREBY ORDERED that this ACTION IS DISMISSED with prejudice, each side to hear its own fees and costs. The **Clerk of the Court** is directed to **CLOSE THIS CASE.**

_____
UNITED STATES DISTRICT JUDGE

DATED: March 16, 2023